## THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

C. Griffin

**- Plaintiff**

**Case No.   19CV0277**


V

UW System Board of Regents et el

**-Defendants'**

---

### NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff, C. Griffin, in Propria Persona Sui Juris, in the case number

supra, herein, appeals to the United States Court of Appeals for the Seventh Circuit, and *each* of

its justices. This appeal is effectuated from the final decision and/or orders entered in the United

States District Court Western District of Wisconsin entered on January 8, 2020 by the Hon.

Barbara Crabb as well as decisions and/orders entered on January 14, 2020 by the Hon. Stephen

L. Crocker.

   An actual controversy exists. The action has not been adjudicated on the merits. The

decision and orders are not in accordance with the mandates of the clearly established Federal

Rules of Civil Procedure as it relates to this action, respectfully speaking. There are manifest

errors of law and fact in the decisions and the decisions an/or orders are inconsistent with the

Constitution and/or laws of the United States, respectfully speaking. The decision and order is

based upon numerous misapplications of law, contains 'advisory opinions' as well as clear and plain error resulting in a miscarriage of justice.

The petitioner/appellant does not need a certificate of appeal as the appeal is as a matter of right, appeals pursuant to judicially created exceptions to the finality rule, as well as 28 U.S.C.§ 636(c)(3) as well as 28 U.S.C. § 1331 & 1343(3) as well as 28 U.S.C. §1291.

Dated this 7th day of February 2020

Respectfully,

C. Griffin

C. Griffin                    02-09-2020

C. Griffin

**Plaintiff/Appellant**