IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

C. GRIFFIN,

    Plaintiff,

  v.

Case No. 19-cv-277-bbc

UW SYSTEM BOARD OF REGENTS,
UNIVERSITY OF WISCONSIN-
MILWAUKEE, MARK MONES, KRISTEN
BOEHM, TIMOTHY OPGENORTH,
KIRSTEN ARCHAMBEAU, AND CHERYL
ANDRES,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/18/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |